FILED
 2010 Jun-30  PM 03:34
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MARTHA DURISSEAU,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. CV 09-S-443-NE** |
| ) | |
| **HOLLOWAY CREDIT SOLUTIONS,** *et al.*, ) ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On March 9, 2010, the court entered an order reading, in pertinent part, as follows:

> The court having been informed that plaintiff's counsel is not a member in good standing of the Alabama State Bar and not currently admitted to practice law before this court, it is ORDERED that attorney K. Anderson Nelms is hereby TERMINATED as counsel of record for plaintiff in this case.
>
> It is further ORDERED that this action is STAYED for a period of 30 days so that plaintiff may obtain new counsel. Plaintiff is directed to file a status report no later than April 7, 2010, detailing what efforts she has made to obtain a new attorney if new counsel has not appeared by that date.

Doc. no. 20. The order further directed the clerk to serve a copy of the order on plaintiff, Martha Durisseau, at 2121 Aretha Street, Athens, Alabama 35611, the only address for plaintiff that had been supplied to the court. *See id.* The clerk attempted delivery of the order *via* certified mail, but it was returned with the notation that it

was "not deliverable as addressed." Doc. no. 21 (copy of returned envelope).

As a result, the court instructed one of its law clerks to contact every attorney listed in the docket clerk's records for this case in an attempt to locate a current address for plaintiff. None of the listed attorneys were able to provide an address for plaintiff different from 2121 Aretha Street in Athens, Alabama. In addition, the Autauga County Bar Association and the Alabama State Bar Association were contacted to determine whether K. Anderson Nelms's files were being administered by another attorney. Neither bar association could confirm the location or custodian of Mr. Nelms's files. Another attorney named Louis Colley — who, the court was informed, was appointed as the receiver for a debt-payment company owned by Mr. Nelms — was also contacted, but he did not have a current address for the plaintiff or access to Mr. Nelms's legal files. Attempts were made to obtain current office or cellular telephone numbers for Mr. Nelms, and his wife, Jennifer Jordan, who also once was, but no longer is, an active attorney, but none could be confirmed. Calls to the cellular telephone number that allegedly belongs to Mr. Nelms have not been answered.

Because plaintiff has failed to prosecute this action and this court has exhausted all reasonable means of contacting her, it is ORDERED that all claims be, and the same hereby are, DISMISSED *without prejudice*. The clerk is directed to

close this file. Costs are taxed as paid.

DONE and ORDERED this 30th day of June, 2010.

_____
United States District Judge